The next case today is Commonwealth School, Inc. v. Commonwealth Academy Holdings, LLC, et al. Appeal number 201112. Attorney Ray, please introduce yourself on the record. May it please the court, my name is John Ray and I represent the appellants in this action. Your Honor, I'd like to reserve two minutes of my time for rebuttal. Yes, you may. Thank you. This appeal arises from a three-year adjudication of a settlement agreement in which the district court found in 2016 an enforceable settlement agreement between the parties that on the one hand appellants had agreed to change the name of their school and in exchange plaintiff had agreed to pay $25,000. Mr. Ray, before you get too deeply into the merits, there's a substantial question in this case. Is there an exception to the merger doctrine for an inlocutory order in this case? Normally the exception precludes merger into the final order where a plaintiff has found his case dismissed for an unreasonable delay and failure to prosecute their case. As we addressed in the briefs on the motion to dismiss and again in the briefs before the merits panel, this exception to the merger doctrine does not apply in a case where the defendant are accepting a dismissal for prejudice not only of their counterclaims but also of claims as a means of seeking immediate appellate review of a prior inlocutory order. The Supreme Court in U.S. v. Procter & Gamble 356 U.S. 677 addressed a similar question with respect to voluntary dismissals and accepted that as a means of seeking appellate review. Further, does it make a difference in this case that the district court very pointedly invited not just the plaintiff but either party to let the court know if they desired to have the case reopened and go forward? I don't because quite frankly I would liken that to essentially a and so if for example the plaintiff or defendants for example had said your honor we'd like to voluntarily dismiss the court said very pointedly well I'd like to dismiss this with prejudice but but you know if you're not going to move this case forward and took instead of giving the voluntary dismissal simply dismissed it for lack of prosecution. Usually you see that in a case where there's some unreasonable delay the plaintiff has done something where it merits dismissing the plaintiff or even defendants for that matter if it in this case were not moving their case forward not in a case where they've elected specifically to dismiss their case and in defendants case in particular dismiss it so that they could seek appellate review of an interlocutory order that would have otherwise ended the litigation and that was the holding in Bethel versus McAllister brothers out of the sixth circuit that's 881 fed 3rd 37 which was and judge chaotic are you jumping in there well go ahead and finish I did have a question okay that was the holding in Bethel versus McAllister that where a party is accepting a dismissal a final order and simply seeking to appeal an interlocutory order that would have brought the litigation to conclusion the exception to the merger doctrine does not apply defendant plaintiff in this case has not cited any case in which you have this circumstance where a party is actually seeking dismissal and that's what the parties were doing and that's what the court had poignantly asked are you essentially seeking to end this case which they were because defendants wanted to go ahead and appeal and the issue is really it puts defendants in a very awkward position and we were in an awkward position where if we were to we did not want plaintiff's claims to go forward in fact we believe there was a settlement and given the settlement we simply wanted a determination and appellate review of whether there was a meeting of the minds the legal decision that that effectively ended this case I'm having some trouble figuring out what this case is about now because you have a dismissal of the plaintiff's claims with prejudice I would thought that's the number one thing you wanted at the outset of this case and would want it now and yet you're the one appealing and asking to go back to the settlement what what's what's the difference how are you better off I don't understand what you're trying to get that you and that's it that's it this case there was an agreement to change the name of the school they did they didn't just change the name in a sort of you know ephemeral we're going to change the name they changed let me just come back to that I'm trying to understand this these two schools have between them undoubtedly spent more than twenty five thousand dollars on this appeal and you're telling me the whole appeal is about the twenty five thousand dollars they haven't spent combined that may be true but it's about enforcement of the settlement agreement and the terms of the agreement and that the parties and quite frankly it's about whether an agreement can simply be avoided whether in fact what was going on was defendant or I'm sorry plaintiff wanted that the name changed they agreed to pay a certain amount it doesn't really matter the specific amount once the name was changed then they refused to pay it the suggestion is that that's okay this is not a this is not a school that has a lot of money so this is a school that largely is providing scholarships and opportunities to inner city youth every dollar counts uh twenty five thousand dollars is a lot of money to this school and in fact if we're talking about the cost of the appeal part of this has done been done pro bono because this is an institution that serves a community that simply has been under resourced and that this is twenty five thousand dollars that would substantially go into improving not only the school but the lives of its students now that's clear the whole thing is about the twenty five thousand dollars dispute that does raise the component issue as to which is the other potential barrier to appellate jurisdiction which is what is the source of our jurisdiction over that dispute it seems to me that the only thing it could be is if the district court retained jurisdiction over it and what's puzzling to me is in the typical case where I think we would want to apply to Conan to say that what's just a pure state law contract dispute nonetheless should be resolved in federal court would be if the federal district court had some desire to ensure that her enforcement power wasn't being undermined and then we would take the appeal from that but every indication here is the district court wanted to get as far away from this dispute as possible so and in fact she says I think at one point well if you tell me I have jurisdiction I guess I have it she never says my order clearly incorporated this and I retain it so I think to me this is a fairly substantial question as to whether this is properly in federal court at all if you guys want to have a state contract dispute and fight out the state court go ahead right why don't we just say that there's no jurisdiction for that reason I think for the same reasons as we had discussed that certainly the court and I think had agreed at a certain point that to the extent the parties wanted to litigate an issue of breach of contract that that would be litigated in state court and I think we would agree with that proposition but here we are talking about the authority of the court when it has entered a settlement agreement enforced that settlement agreement and required full performance over the course of three years so much so in fact that even at the final hearing counsel for plaintiff stated on the record that he agreed it looks like and I'm quoting it looks like they have complied with the court's order to change their name to Springfield Commonwealth Academy that was the end essentially of this order the only thing then was for the court to require the payment of the the settle amount that that plaintiffs had agreed to so so are you are you essentially concerned with with the district court's finding if we can call it that that there was no enforceable settlement agreement that that finding if you can't prosecute this appeal that that finding would be binding upon not only upon the parties but but really binding upon a state court and yes there is the very serious potential and likelihood that race judicata would apply and that this appeal is the only avenue for the parties to seek relief with respect to that issue is that true if there is no jurisdiction to appeal it under component if there is no jurisdiction even to appeal then then no but I think there's certainly a question of and you have to worry about it if we stay under components that there's no jurisdiction that's just as good for you as the ruling on the merits other than you got to mitigate it or that might be better depending on how we come out on the merits well I think that it doesn't it actually puts us then at a disadvantage that we've gone through three years of compliance and we're simply asking for the court to enforce its order and in fact for the court generally in in answer to judge sellias you need us to resolve it otherwise you face a binding judgment on you that you can't get review of but that's not true if the reason we don't review it is because we say there's no appellate jurisdiction unless massachusetts law would treat the district court's unreviewable judgment on that as something that gets race to get out of effect which I don't know that that's true and that's kind of the point I don't think we know but there's certainly a risk that's pretty substantial to the parties that a massachusetts court may not or may defer to the judgment of the district court which is equally as problematic for purposes of this case where we're simply not given the opportunity to address issues because at the outset we're facing a jurisdiction I'm sorry a question of whether there's race judicata or any type of a preclusion or simply whether there should be some deference given to any factual findings that were made in the proceeding at this point what we're we're we're appealing then is a determination that would have ended this matter and in that almost comes up in any case where you're appealing a determination that was reversed that would have ended the matter but didn't uh and so there's a bit of open-endedness to whether then there's a final resolution here or because there's not in and and the court's point on this I guess if we thought there was a coconan problem wouldn't that require us to vacate the district court judgment as well I I because she would have lectured she would have left jurisdiction also well I I would think that she certainly would have jurisdiction to enforce the settlement agreement uh as she did not upon that's ultimately the finding then that she had no jurisdiction to even entertain a settlement agreement I think we would disagree respectfully with that proposition that I think as to the question of the settlement agreement and whether the district court can both address the question of whether the parties had reached a settlement in turn and in terms of enforcing uh a dismissal in this case which effectively it entered in the beginning that that would be sufficient for jurisdiction in this case and like I said it the court may rule ultimately it didn't have that those problems that doesn't necessarily benefit the parties I think it only it continues this litigation unnecessarily for an amount as as Judge Kayada pointed out we'd just simply like to conclude but more than that I do believe in a case here where you have ultimately a settlement and that there is enforcement of that settlement that it would lead to appellate jurisdiction on the question of the propriety of the judge's entertainment and findings with respect to the settlement of the parties otherwise it really undermines the settlement process it undermines the mediation we go in with absolute uncertainty as to whether anything can be settled it it's uncertain as to whether any party can trust the district court if after three years of adjudication well simply the court may reverse a finding and then there's no jurisdiction for appellate review there then is no jurisdiction to consider uh any relief from that determination simply why would parties mediate in federal court if in fact there there's this sort of potential that you enter into a settlement it's put on the record it's enforced fully and at this point the school certainly can change back and incur all the costs that it did but it has no relief in getting to the finality that it agreed to it sort of then entrenches parties as to whether they'd even want to mediate or try to settle cases in the federal courts to find a lack of jurisdiction over a case that originally the court had jurisdiction and over a case in which the parties had reached a settlement and the court found jurisdiction to entertain that settlement and in fact did for over three years thank you mr ray thank you at this time mr ray please mute your device and attorney olivario if you could unmute your device and introduce yourself on the record uh if it please the court um my name is lawrence olivario and i represent the appellee um you know your honors i think the briefing all speaks for itself and i don't want to repeat any of it all i want to do is address a couple of points that mr ray raised um first one first thing is the 25 000 you are 100 correct that is all this appeal is about it's not about paying 25 000 to mr ray's client it's about paying 25 000 to mr ray and i can give you that's that's no real difference he's their agent he's spending time on behalf of them instead of them having to pay him the money goes directly to them i'm still trying to figure out how two intelligent lawyers would end up in the first circuit arguing over 25 000 well the reason we're here your honor is because let me address this this goes to the point that mr ray raised about mediation being undermined somehow um what happened at the mediation was mr ray's client agreed at that mediation to change its name to one name and one name only springfield commonwealth academy and to provide our clients understanding was to provide our client with an assurance that that was going to happen and let me tell you why my client spent nine months before this case was filed trying to get some kind of line of communication with mr ray's client to get them rather than looking backward here we there's a section in the transcript where you seem to acknowledge that um that the other side has substantially performed the quote-unquote performed it because they were using at that time and we didn't know it at the time of that hearing but at the time of that hearing they were using the exact terminology and phrases that they had been ordered not to use in fact how about how about today what what did they do do you have a bone to pick with them today yes we do in fact right now today as we sit here the first page of their website if you go to springfield commonwealth.org on the front page it says commonwealth academy springfield that is precisely the term that they promised not to use and that the judge ordered them not to use so then why aren't you appealing because you've lost your claim your claim has been dismissed with prejudice you're over and done with you lost you lost trade you lost your trademark suit so now how are you going to control anything they do no well that that was true as of the last four years there is an ongoing infringement which my client will make a decision about whether or not to pursue either in a separate trademark infringement suit or by settlement let me say this this is important my client believed before it filed suit it believes today that this dispute can be resolved apart from litigation as you all know litigation is the absolute last resort for anybody and everybody it's expensive it's time consuming it bad you know it's just bad karma for everybody and that's what my client desperately wants to avoid my client believes right now that they can talk directly to mr ray's client and resolve this case without having to bother judge talwani it's that simple did the parties participate in our camp settlement conference uh no and were you asked to no no we were not i personally pushed mediation i i tried to get the judge to order us to mediation mr ray's client initially um resisted that eventually they agreed to it after the judge indicated she was going to order them to comply with her orders so they felt they got the feeling that they were losing so they decided to go to mediation and that's fine uh you know i probably would have done the same back to judge chaotic question please i thought i thought for for virtually all civil litigation our camp mediation program was mandatory no so well let me ask a practical question we've got both counsel here we have a camp conference you would meet with a very experienced should former retired judge who's a very good negotiator and mediator would it make sense for uh after this argument not today but in a short period of time for the two parties to get on the line with our mediator and see if they can resolve this thing because it doesn't sound like you've had four years of uh rather unusual litigation that's got to be very expensive and disconcerting for both parties you know i apologize i'm just looking for you don't run down the other side just as is your is would your side be interested in that i'm i apologize i'm i i have to go back and and correct myself we were contacted by i can't remember you're talking about the the mediator that's associated with the first circuit that that's camp conference yes we were contacted by him and the process failed so in other words you've had the mediation and it has not succeeded that is correct the first circuit level mediation yes all right if if we can switch the subject back uh to to jurisdiction all right uh i've read your argument in the brief as to why you think we don't have appellate jurisdiction but do you have any uh comments about whether or not the district court had jurisdiction to uh hey whether whether or not whether or not the district court had jurisdiction to enter the order that it entered finding no settlement agreement um four minutes uh let me say something else about the the the agreement the the district court was initially at the first hearing that we had before the district court back in 2016 um that was based on a motion we brought for an injunction um and that was after mediation had failed the judge was leaning towards issuing an injunction but she proposed as an alternative that the parties stipulate to um the agreement that she created basically on the record so um that's really how that agreement came about and since the parties agreed to what she was suggesting um i would say no question but that she had jurisdiction to find there was no enforceable is that true of the $25,000 piece of the agreement is that true of the $25,000 payment piece of the agreement um that come from the district court as well it it came from the parties and the district court incorporated it into her order so to speak that we agreed to pay them $25,000 on three conditions that they provide proof that they were complying with the change of name that they changed the date to one name question was the $25,000 payment piece of that agreement what relationship did it have to the release is that just a separate agreement or is the release part of the agreement bound up with the agreement to pay the $25,000 you understand what i'm asking uh not really i mean there was there was an agreement in principle that rose out of the mediation but that was just an agreement in principle it was never finalized okay well you're the fight here on appeal we just heard is about the $25,000 payment that's correct so there's a claim that there's a contractual agreement for that payment to be made in return for the compliance with the name thing correct uh i'm assuming yes that is that appellants that piece of the agreement is i know step four in a agreement that also has a release provision right releasing the claim no there is no release okay well what i what was the agreement the agreement was in part that the claims would be dropped if what only if both there was compliance and the payment was made in other words what is the relationship between the payment piece of the agreement and the dropping of the claim the relationship from our end and as stated by the district court was that um the $25,000 which my client deposited into escrow by the way as a as a gesture of good faith would be released by the court in increments when and if the defendant appellant were to produce receipts and invoices proving that it had spent money changing its name and she would release money in the amount of the invoices that was the agreement that we agreed to we understood and we were agreeable to that and so that what's the relationship between that and the piece of the agreement which was going to have claims dismissed there was never an agreement to have the claims dismissed well you mean they were going to change their name and you were going to still have your claim we would have at some point negotiated a settlement with them and we would have agreed with the court to a voluntary dismissal oh that sounds that sounds rather strange the court said there was an agreement that would result the court was clearly talking about an agreement that resolved the whole case they would change their name you would pay some money correct and that implies i mean nobody makes an agreement like that without an understanding that the case is being dismissed we would have dismissed the case if they had complied with the judge's order that's that's that's the best i can tell you there was never a written agreement to that effect i didn't say there was a written agreement but nobody agrees to but that my client wants nothing to do with litigation we would have been glad to voluntarily dismiss this case and i will tell you the fact is the reason we did not move to reopen this case is again because my client believes that there is a realistic possibility of settling this case if they can get an audience with a rational person connected with mr ray's client except that mr ray has been telling us that the reason that you want out at this point is because you've already gotten most of what you wanted and now you're just trying to avoid the 25 000 that question is not going to get resolved in this court that's correct so trading pejoratives doesn't advance the ball well mr ray's client right now as you said before all of the claims have been dismissed with prejudice so all of our claims in the past now in the past have been dismissed with prejudice but that doesn't under trademark law um not not that doesn't eliminate a cause of action in the future if mr ray's client continues to infringe our client's mark well how does that if they continue doing what they were doing right before the case was dismissed i'm not so sure about that uh well uh the case was dismissed for um failure to prosecute old claims that's it those were the claims well that was an infringement we may see you another day with that that case or the sjc may see you i think your time has expired let me see if either of my colleagues have any more questions nada thank you i think mr ray had some rebuttal time thank you mr olivario if you could please mute your device and uh mr ray if you could please reintroduce yourself to the record uh yes again my name is john ray and i represent the appellants uh and i think in this recent round the court is getting a little bit of sense of what we've been dealing with um that this is why we want to get finality with this settlement agreement now and the court asked judge chiara asked well is there any record where mr olivario stated that there was substantial compliance i quoted him where he said it looks like they have complied with the court's order to change their name that's in the record in the appendix at page 614 lines 8 through 12 you can see as mr olivario later agreed in fact there was substantial mediation efforts by the camp uh the first circuit there's no need to necessarily go back but we tried our best to comply with whatever request they had to get this thing settled we simply can't do it no matter how much we agree no matter how much we're willing to do we're still fighting this issue we'd like to get some closure as to the issue of whether there was a written agreement that's also simply false the parties after the mediation engaged and sent back what they thought were the written portions of in writing i'm sorry an actual formal settlement agreement let me ask you about let me ask you about that agreement you you agreed to change your client would change its name to springfield commonwealth academy sca or both that's correct and did the parties agree on the extent to which you could in print format or otherwise relatively diminish the prominence of the springfield word relative to the commonwealth word no we did not so how did you have immediate and that's the whole fight right sure that's so how do you have a meeting of the minds sure i well we had a meeting of the minds insofar as the court had educated all of these issues with respect to every objection and made determinations as to every single one the issue with respect to meeting of the minds and whether we have to agree on inch sizes font sizes has goes well beyond what's required for a meeting of the minds we have to have a meeting of minds on the material terms the written exchanges between the six the the fact that there is a written agreement that the parties had exchanged is simply in the record so you're you're telling us that the size of springfield in in writing and its prominence relative to commonwealth is not a material term of the contract it when the disagreement is about an inch yes i think that that makes it not material but then on top of that point we said look we're going to concede at the final hearing we said look we're just going to concede the issue because we didn't want to continue to litigate about inches we said we'll get it if we have to say exactness if we have to say whatever the court wants it to be we're going to simply accept whatever they're suggesting was the agreement as the agreement at that point we've eliminated the issue of materiality the suggestion that there were conditions one is rebutted again by the written agreements that the parties had exchanged but two it's rejected by the limitations on their agreement to pay which was contained in a written agreement and an oral agreement um the written agreement was not signed but the parties had exchanged all the material terms they submitted affidavits to the court as to the material terms they did not vary from the writing and the court adopted the exchange that you would change the name they would pay you 25 000 there were no limitations and the court had repeatedly rejected this can be found in the court's order at 4 29 mr olivario's newfound suggestion that in fact well we only agreed to these things these things these things it was wasn't found in the written agreements they provided it wasn't found in the material terms they submitted it wasn't found in the court's order what we're talking about at this point is three years of adjudication i think your time should bring this to an end final question so i understand the practical outcome of this if we concluded there was appellate jurisdiction and we ruled your way on the agreement you paid 25 000 what is the effect of our gratification or endorsement of the existence of the agreement on the future trademark infringement claim that your opponent suggested they presently have but your understanding of what what the effect of this agreement would be on that future claim right the agreement was a comprehensive agreement including to dismiss the claims of course no one would agree to this this was said on the record orally when there was the mediation this was said in between the parties exchange of documents like i said at 264 through 66 this was said in front of judge talwani that this is a comprehensive agreement you're exchanging this money you're dismissed which is why when she entered the agreement she dismissed the underlying trademark litigation i think that the court sends this back that the the difference was not material we had conceded the difference they're obligated to make the payment that would bring an end to this entire case and this would be over which is what they're expressing they want we're expressing we want we've said repeatedly we're we're we're willing to do and whatever you may find remotely somewhere on the internet we're willing to change which the school has substantially to simply bring this to an end instead of the just just endless years of plaintiff's objections as to why they should pay the 25 000 they promised at the end of the day this is holding them accountable and holding the integrity of a settlement agreement to bring it into litigation rather than have this go on for another 10 years really about a very small amount and to preclude the what what seems to be now here a further threat of additional litigation on an underlying trademark action that the settlement also dismissed thank you your honors the next case yes sir that concludes the argument in this case attorney ray and attorney alaverio you should disconnect from the hearing at this time